# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

JERICO HOWARD, also known                                      PLAINTIFF
as RAS SHAKUULA QIONNA

V.                                                    CIVIL ACTION NO.4:05CV206

CHRISTOPHER EPPS, et al                                        DEFENDANTS

## ORDER

This cause comes before the Court on the plaintiff's motions [13] to certify a class and [27] for a temporary restraining order. A Report and Recommendation [48] has been issued from the United States Magistrate Judge which recommends that the motion for class certification and the motion for a temporary restraining order/injunctive relief be DENIED. The plaintiff timely filed an objection [52] to the Report and Recommendation. After reviewing the briefs, the Report and Recommendation, and the objection, this Court finds as follows:

The Court adopts the findings of the Report and Recommendation as to the plaintiff's motion for class certification. Plaintiff Howard's motion [13] is DENIED.

The Court also adopts the findings of the Report and Recommendation as to the plaintiff's motion for a temporary restraining order/injunction. Particularly, the recommendation finds that Plaintiff Howard has not met the third and fourth prongs of the prerequisites required for injunctive relief. While the plaintiff's objection addressed the four prerequisites, careful review causes this Court to find that the plaintiff did not make the showing required to meet the third and fourth prongs. Plaintiff Howard's motion [16] is DENIED.

SO ORDERED, this the 13th day of September, 2006.

                                        /s/ Michael P. Mills
                                        UNITED STATES DISTRICT JUDGE